**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **AZIMOV ABDUSHUKUR** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **JAMAL L. JAMISON, Warden of Philadelphia** | : | |
| **Federal Detention Center, and JOHN RIFE, Field** | : | |
| **Office Director of Enforcement and Removal** | : | |
| **Operations, Philadelphia Field Immigration and** | : | |
| **Customs Enforcement** | : | **NO. 26-2355** |

## ORDER

**NOW**, this 13th day of April, 2026, upon consideration of petitioner Azimov Abdushukur's Petition for Writ of Habeas Corpus (Doc. No. 1), **IT IS ORDERED** that the motion is **GRANTED IN PART**.

**IT IS FURTHER ORDERED** as follows:

1. Abdushukur shall serve a copy of the Petition for Writ of Habeas Corpus on the respondents and file proof of service no later than **today, April 13, 2026**.

2. No later than **April 16, 2026**, the respondents shall file a response to the petition and show cause why the petition should not be granted.

3. Abdushukur shall not be transferred outside the Eastern District of Pennsylvania pending further Order of the Court.

_____
TIMOTHY J. SAVAGE, J.